1  HARRIS B. TABACK, California Bar No. 111017
   Law Offices of Harris B. Taback
2  345 Franklin Street, Suite 102
   San Francisco, CA  94102
3  Telephone:  (415) 241-1400
   Facsimile: (415) 565-0110
4
   Attorney for Defendant JASON HART
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   NO. CR 09-00827 - SBA
                                    )
12 |          Plaintiff,             )   **STIPULATION TO CONTINUE**
                                    )   **SENTENCING DATE AND  ORDER**
13 |     V.                          )
                                    )   Current Date: June 15, 2010
14 | JASON HART,                     )   Time: 9:00 a.m.
                                    )   Courtroom: I, 4th Floor
15 |          Defendant.             )

16         IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned

17 attorneys, that the date for change of plea and sentencing in this matter shall be continued to July

18 27, 2010, at 9:00 a.m.  The continuance is needed to allow adequate time for the presentence

19 investigation and for defense counsel to provide the U.S. Probation Office with all pertinent

20 information so as to prepare effectively for defendant's sentencing.

21         Time is subject to exclusion under the Speedy Trial Act, Title, 18 U.S.C. Sections 3161(h)

22 and 3161(H)(7)(a), (B)(iv) for delay resulting from consideration by the Court of the proposed plea

23 agreement pursuant to Rule 11 c (1) C, Federal Rules of Criminal Procedure, and that granting the

24 continuance is necessary for the effective preparation of defense counsel for plea and sentencing,

25 taking into account due diligence, and that the ends of justice served by the granting of such

26 continuance outweigh the best interests of the public and the defendant in a speedy trial.

27     ////////

28     //////

Dated: June 3, 2010

_____/s/_____
CHRISTINA McCALL
Assistant United States Attorney

Dated: June 3, 2010

_____/s/_____
HARRIS B. TABACK
Attorney for Jason Hart

**ORDER**

Pursuant to the stipulation of the parties and good cause having been shown, it is hereby ordered that the change of plea and sentencing hearing in this matter now scheduled for June 15, 2010 is hereby rescheduled to July 27, at *10*:00 a.m.

Time is subject to exclusion under the Speedy Trial Act, Title 18 U.S.C. Section 316(h)(I)(G) and 18 U.S.C. Section 3161(h)(7)(A),(B)(iv) for delay resulting from consideration by the Court of the proposed plea agreement pursuant to Rule 11c(1)C, Federal Rules of Criminal Procedure, and that granting the continuance is necessary for the effective preparation of defense counsel for plea and sentencing, taking into account due diligence and that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, time shall be excluded from June 15, 2010 through July 27, 2010.

Dated:\_6/7/10

_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge

- 2 -