1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     Facsimile:  (510) 637-3724
      E-Mail:     christina.mccall@usdoj.gov
8

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,            ) No. CR-09-0827 SBA
                                        )
14     Plaintiff,                       ) STIPULATED REQUEST TO CONTINUE
                                        ) HEARING DATE TO NOVEMBER 18, 2013
15     v.                               )
                                        )
16                                      )
   JASON HART,                          ) Date:  November 6, 2013
17     Defendant.                       ) Time:  9:30 a.m.
                                        ) Court: Hon. Kandis A. Westmore
18                                      )
                                        )
19

20     The above-captioned matter is set on November 6, 2013 before this Court for a status conference

21 on a Supervised Release petition. The parties request that the Court continue the hearing to November

22 18, 2013. The continuance is requested to allow defense counsel to advise another client who will

23 testify before Judge White in San Francisco the morning of November 6. Also, a continuance will allow

24 the parties to address the recently-produced arrest report. Defendant will remain in custody pending the

25 outcome of the revocation hearing.

26 DATED: October 21, 2013

27   /s/                                              /s/
   CHRISTINA McCALL                              HARRIS TABACK
28 Assistant United States Attorney              Counsel for Jason Hart

   STIP. REQ. TO CONTINUE HEARING TO NOVEMBER 18, 2013
   NO. CR-09-0827 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No.  CR-09-0827 SBA |
|       Plaintiff,                ) | |
|                                 ) | [PROPOSED] ORDER GRANTING STIPULATED |
| v.                              ) | REQUEST TO CONTINUE HEARING DATE |
|                                 ) | |
| JASON HART,                     ) | |
|       Defendant.                ) | Date:   November 6, 2013 |
|                                 ) | Time:   9:30 a.m. |
|                                 ) | Court:  Hon. Kandis A. Westmore |

The parties jointly requested that the hearing in this matter be continued from November 6, 2013 to November 18, 2013 at 9:30 a.m.  The continuance is requested to allow the defense attorney to attend trial before Judge White on November 6, 2013, and will allow the parties to address the defendant's newly-produced arrest report.

**IT IS HEREBY ORDERED** that the hearing in this matter is continued from November 6, 2013 to November 18, 2013 at 9:30 a.m.  Defendant will remain in custody pending the outcome of the revocation hearing.

DATED:  11/5/13

_____
HON. KANDIS A. WESTMORE
United States Magistrate Court Judge